# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CA76 | 9293687 | McComb | 2833 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 10/16/2020 1816
Offense Charged: 36 CFR 2.17(a)(3)
Place of Offense: Wosky Pond
Offense Description: Delivering or retrieving person/object by airborne means. Base jump

### DEFENDANT INFORMATION

Last Name: Hennage
First Name: Daniel
M.I.: A.

### APPEARANCE IS REQUIRED
A [X] If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B [ ] If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
20201016-042

X Defendant Signature
Original - CVB Copy

*9293687*

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on October 16th, 20 20 while exercising my duties as a law enforcement officer in the Eastern District of California

See attached

The foregoing statement is based upon:
[X] my personal observation
[X] my personal investigation
[ ] information supplied to me from my fellow officer's observation
[ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/16/2020   [signature] Tom McComb
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident