UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DANIEL A. HENNAGE,<br><br>Defendant. | Case No. 6:21-po-00162-HBK-1<br><br>ORDER SETTING INITIAL APPEARANCE<br><br>**APRIL 9, 2024 AT 1:00 PM** |

On March 8, 2021, the Court continued Defendant's initial appearance for Violation Notice 9293687 charging Defendant with violating 36 C.F.R. § 2.17(a)(3) to May 18, 2021. (Doc. Nos. 1-3). On May 18, 2021, the Court stayed this action and continued Defendant's initial appearance pending the Court's resolution of the motion to dismiss filed in *United States v. Nunn*, Case No. 6:20-po-742-HBK. On February 27, 2024, the Court issued its decision in *United States v. Nunn* denying the motion to dismiss and lifting the stay of this action.

Accordingly, it is ORDERED:

Defendant's initial appearance is scheduled for **April 9, 2024 at 1:00 PM in Yosemite**.

Dated:  February 28, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE