# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. *6:21-PO-00162-HBK* |
| ) | |
| Plaintiff, ) | **DEFENDANT'S STATUS REPORT ON** |
| v. ) | **UNSUPERVISED PROBATION** |
| ) | |
| DANIEL A HENNAGE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** *36 CFR 2.17(a)(3)*

**Sentence Date:** August 13, 2024

**Review Hearing Date:** June 17, 2025

**Probation Expires On:** August 13, 2025

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☐ **Monetary Fines & Penalties in Total Amount of:** $      which Total Amount is made up of a Fine: $     Special Assessment: $     Processing Fee: $ Choose an item. Restitution: $

☐ Payment schedule of $     per month by the     of each month.

☐ **Community Service hours Imposed of:**

☐ **Other Conditions:**

## *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ To date, Defendant has paid a total of $
 ☐ If not paid in full when was last time payment:     Date: Click here to enter a date.
     Amount:

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☐ Compliance with Other Conditions of Probation:

☐ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

### *DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☐ that the review hearing set for Click here to enter a date. at          Choose an item.

    ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

    ☐ be vacated.

☒ that Defendant's appearance for the review hearing be waived.

DATED: 6/1/2025

                                              DEFENDANT'S COUNSEL

## ORDER

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐ GRANTED. The Court orders that Choose an item.

☐ DENIED.

DATED: _____

                                     **HELENA M. BARCH-KUCHTA**
                                     United States Magistrate Judge